HEATHER E. WILLIAMS, #122664
Federal Defender
ANDRAS FARKAS, #254302
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559-487-5950

Attorneys for Defendant
MICHAEL MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     *Plaintiff,*<br><br>vs.<br><br>MICHAEL MORENO<br><br>     *Defendant.* | Case No.  1:14-MJ-0087-SAB<br><br>STIPULATION AND ORDER TO VACATE MOTIONS HEARING AND RESET FOR CHANGE OF PLEA<br><br>Date:   October 2, 2014<br>Time:   10:00 a.m.<br>Judge: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Motions Hearing in the above captioned matter now set for October 8, 2014, at 1:30 P.M. may be vacated and the matter be reset for a change of plea hearing on October 2, 2014, at 10:00 a.m.

The requested change of plea hearing will conserve time and resources for both counsel and the court. Bayleigh Pettigrew, Special Assistant United States Attorney has no objection to this request.

                                                    Respectfully submitted,

                                                    HEATHER E. WILLIAMS
                                                    Federal Public Defender

Dated: September 22, 2014              /s/ *Andras Farkas*
                                                    ANDRAS FARKAS
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    MICHAEL MORENO

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED:  September 22, 2014 | /s/ Bayleigh Pettigrew<br>BAYLEIGH PETTIGREW<br>Special Assistant U.S. Attorney<br>Counsel for Plaintiff |

**O R D E R**

IT IS SO ORDERED.  For the reasons set forth above, the motion hearing date is vacated and the matter is reset for a change of plea hearing on October 2, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **September 23, 2014**

UNITED STATES MAGISTRATE JUDGE