# IN THE UNITED STATES DISTRICT COURT
For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:14-mj-0087 SAB |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| MICHAEL JASON MORENO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | DUI > .08%, in violation of 36 CFR 4.23(a)(2) |
| **Sentence Date:** | October 2, 2014 |
| **Review Hearing Date:** | June 2, 2016 |
| **Probation Expires On:** | October 1, 2017 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1010.00

☒ Payment schedule: $50.00/month, beginning November 15, 2014

☒ Community Service hours Imposed of:  100 Hours, to be completed within first 18 months of probation

☒ Other Conditions: 7 days custody, complete DMV Multi-Offender Course

## *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**<u>Otherwise:</u>**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

   If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 50.00
   ☒ If not paid in full when was last time payment:     Date: 11/17/2014
                                                          Amount: $50.00

Mr. Moreno's license was suspended on October 2, 2014 as a result of the DUI arrest in this case. As a result, Mr. Moreno lost his job within a few days of being sentenced in this case. He has been unemployed for the past year and a half. Fortunately, Mr. Moreno found a new job at Kings Canyon for DNC, which he began on April 19, 2016.  Mr. Moreno intends to begin making payments towards his fine upon his first paycheck.

☒  To date, Defendant has performed 0 hours of community service.

Mr. Moreno has identified an organization to work for and is working with them to arrange a schedule for volunteer hours. He intends to have established a volunteer schedule prior to his review hearing on June 2, 2016.

☒  Compliance with Other Conditions of Probation:  Mr. Moreno has enrolled in the DMV Multi-Offender Course as of March 9, 2016. He is on-track and expected to complete the 18-month program in September of 2017, prior to the expiration of his probation. Mr. Moreno served seven days in custody, as ordered.

### GOVERNMENT POSITION:

☒  The Government agrees to the above-described compliance.

☐  The Government disagrees with the following area(s) of compliance:

Government Attorney:  /s/ *Katherine A. Plante*

### DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒  that the review hearing set for 6/2/2016 at 10:00 a.m.

☒  be continued to November 17, 2016 at 10:00 a.m.; or

☐  be vacated.

☐  In the alternative, that Defendant's appearance for the review hearing be waived.

DATED:  5/10/2016                                             /s/ *Megan Hopkins*
                                                                      DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐  GRANTED.  The Court orders that Choose an item.

☒  DENIED.

IT IS SO ORDERED.

Dated:  **May 25, 2016**                          _____
                                                                UNITED STATES MAGISTRATE JUDGE

CAED (Fresno)- Misd. 6 (Rev. 11/2014)