# UNITED STATES DISTRICT COURT
## Eastern District of California

# Petition For Violation of Probation

**Name of Offender:** MICHAEL JASON MORENO  **Docket Number:** 1:14MJ00087-001 SAB

**Name of Judicial Officer:** United States Magistrate Judge Stanley A. Boone

**Date of Original Sentence:** 10/2/2014

**Original Offense:** 36 C.F.R. § 4.23(a)(2), Operating a Motor Vehicle With a BAC>0.08

**Original Sentence:** 36 months unsupervised probation.

**Special Conditions:** 1) The defendant is committed to the Bureau of Prisons for 7 days; 2) Pay a fine in the amount of $1,000, and a special assessment in the amount of $10, to be paid in monthly payments of $50; 3) The defendant shall complete 100 hours of community service within the first 18 months of probation; 4) The defendant shall complete a Multi-Offender DUI program; 5) The defendant shall obey all federal, state and local laws; 6) The defendant shall notify the court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay the fine; and 7) Review Hearing set for June 2, 2016, 10:00 am before Magistrate Judge Stanley A. Boone.

**Type of Supervision:** Unsupervised by Probation Office

**Date Supervision Commenced:** 10/2/2014

**Other Court Actions:**
**7/21/2016:** The defendant admits charges 1, 2 and 3 of the petition. The Court revoked and reinstated the defendant to the following : 10 days custody; Probation extended to 10/5/2018; Fine balance of $760 with monthly payments of $200; attend and complete Multi Offender DUI Program; 100 hours community service.

| Charge Number | Nature of Violation |
|---|---|
| 1. | The defendant has failed to make monthly fine payments and he has an outstanding balance of $590. |

RE: MICHAEL JASON MORENO	Docket Number: 1:14MJ00087-001 SAB

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:** **June 15, 2017**
**Fresno, California**

Respectfully submitted,
**/s/ Tim Mechem**

**TIM MECHEM**
**Supervising United States Probation Officer**
Telephone: 559-499-5731

**DATED:** 6/15/2017

Reviewed by,
**/s/ Brian Bedrosian**

**Brian Bedrosian**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☐ The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a request for Warrant or Summons

X  Other- defendant shall appear on Thursday, June 15, 2017 at 10:00 am in Courtroom 9 as previously ordered.

IT IS SO ORDERED.

Dated:  **June 15, 2017**

UNITED STATES MAGISTRATE JUDGE